IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC., HOUSE OF CASH, INC., WARNER-TAMERLANE PUBLISHING CORP., ELEKSYLUM MUSIC, INC., NO SURRENDER MUSIC, a Division of Praxis International Communications, Inc.; SHOWBILLY MUSIC, SONY/ATV SONGS LLC, CARNIVAL MUSIC COMPANY, and PINK DOG PUBLISHING, <br><br> Plaintiffs, <br><br> vs. <br><br> OZVP II, LLC, ROBERT TOWNLEY, individually; and CLARICE CHARF, individually; <br><br> Defendants. | 8:25CV430 <br><br><br> **ORDER TO SHOW CAUSE** |

    This matter comes before the court after a review of the docket and the Rule 26(f) Report filed by Plaintiffs and Defendant OZVP II, LLC ("OZVP"). (Filing No. 38).

    Plaintiffs filed the complaint on June 30, 2025. (Filing No. 1). Plaintiffs requested summons as to OZVP, as well as Robert Townley and Clarice Charf (collectively "individual defendants"), and summons as to each was issued. (Filing Nos. 1-3; Filing No. 16). On July 25, 2025, attorney Thomas C. Dorwart filed a motion for extension of the time to file a responsive pleading purportedly on behalf of all defendants on July 25, 2025. (Filing No. 26). The motion was granted, extending the answer deadline to August 11,

1

2025. An answer was filed as to Defendant OZVP <u>only</u> on August 11, 2025. The answer was filed by Thomas C. Dorwart and James Place, with James Place appearing for OZVP for the first time.

Since that time, Plaintiffs and Defendant OZVP have requested extensions of the time for filing a Rule 26 Report, indicating that they have been in discussions regarding settlement of this case. There has been no explanation of the status of the individual defendants whatsoever. On November 24, 2025, the undersigned extended the deadline for Robert Townley and Clarice Charf to file an answer or other responsive pleading. No such response was filed, however upon further review of the docket, the court can find no proof that the individual defendants were properly served. Plaintiffs have filed a summons return for OZVP, ([Filing No. 31](#)) but has not filed any summons returns showing the individual defendants have been served.

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m)." Plaintiffs must provide proof of service as to Robert Townley and Clarice Charf.

The court recognizes that this situation is not entirely of Plaintiffs' making. Although Dorwart requested an extension of the answer deadline on behalf of the individual defendants, he did not file an answer or provide an explanation for the failure to do so. The court is aware of at least one other case in which Dorwart appeared on behalf of individual litigants without communicating appropriately with them regarding the scope of his representation. However, because the court is not satisfied that the individual defendants have knowledge of this action, the court must take steps to ensure proper service.

Accordingly, IT IS ORDERED that Plaintiffs shall have until December 30, 2025 to show cause why the claims against the individual defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m), or take other appropriate action. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 10th day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge